# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132505

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID JOSEPH PAILLE,
      Defendant-Appellant.

SC: 132505
COA: 272705
Wayne CC: 05-007064-01

_____/

      On order of the Court, the application for leave to appeal the October 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

p0122

_____
Clerk